```
Action, David & Elizabeth
1919 Scenic Lakes Dr.
Louisville, KY 40245

Ashley, Missy
94 Allen Place West
Taylorsville, KY 40071

ATT
POB 6463
Carol Stream, IL 60197

Augenstein, Jamie
1120 Alexis Avenue, NE
Georgetown, IN 47122

Borromeo, Dawn
8901 Waltlee Road
Louisville, KY 40291

Boyd Cat Rentals
10001 Linn Station Road
Louisville, KY 40223

Briscoe, Brandon
730 Vine Leaf Trail
New Albany, IN 47150

Broaddus, Mildred A & Robert L
1004 Gloryview Dr.
Crestwood, KY 40014

Browder, David & Susan
12205 Lucas Lane
Louisville, KY 40223

Buckner, Hallie & Kyle
3243 Rosemont
Jeffersonville, IN 47130

Burba, Jason & Jennifer
3303 Deer Hollow Pl.
Louisville, KY 40214

Cat Financial
2120 West End Ave
Nashville, TN 37203

Chism, Richard & Kelly
3500 Midway Rd.
Brandenburg, KY 40108

Cintas
3916 Oaklawn Drive
Louisville, KY 40219
```

Conway, Jack  
5205 Blakely Ridge Rd.  
Louisville, KY 40222

Cook, Kathy & Sam  
700 Sun Studio Drive  
Memphis, IN 47143

Cook, Tammy  
5404 River Creek Ct.  
Prospect, KY 40059

Cooke, David  
7700 Willow Bend Dr.  
Crestwood, KY 40014

Copeland, Tonya  
133 Habersham Drive  
Cecilia, KY 42724

Cover Pools Direct  
2580 Decker Lake Blvd STE 300  
West Valley City, UT 84119

Dahlkamp, David  
201 Hickory Trail  
Shepherdsville, KY 40165

Davis, Kelly & Richie  
409 Bruner Hill Dr.  
Louisville, KY 40243

Deyoung, Dr. Eric  
2114 Augusta Way  
Henryville, IN 47126

Didat, Jennifer & Mark  
5515 Copper Creek  
Floyds Knobs, IN 47119

Don Marcum Pool Care  
6841 Main Street  
Cincinnati, OH 45244

Downey, Franchesca  
3237 Squire Circle  
Shelbyville, KY 40065

Drexler, Melody & Chris  
3200 Grand Lakes Dr.  
Louisville, KY 40299

Elmore, Amanda  
5010 KY-53  
Crestwood, KY 40014

```
Emilie Pinto Schmeling
5122 Bardstown
Louisville, KY 40291

Ernst Concrete
POB 13577
Dayton, OH 45413

Farley, Pamela & Tom
6908 Walnut Farm Dr.
Louisville, KY 40229

Fryman, Amore
509 Lincoln Trace
Taylorsville, KY 40071

Geron, Kerry & Kevin
1108 Creek View Circle
New Albany, IN 47150

Gold, Evan & Lauren
11703 Hancock Trace Ct
Louisville, KY 40245

Goodman Lawn & Landscape
4607 Hopewell Road
Louisville, KY 40299

Harris, Rita & ricky
236 Champions Way
Simpsonville, KY 40067

Haycraft, Steve & Dana
10304 Valley Farms Blvd.
Louisville, KY 40272

HB Davenport Rock Trucking
301 Gilliand Road
Louisville, KY 40245

Helm, Chris & Tanya
3106 Shady Springs Dr.
Louisville, KY 40299

Hicks, Adam
9606 Dawson Hill Rd.
Louisville, KY 40299

Hill Restoration
74 Water Cliff Drive
Somerset, KY 42503

Howard, David & Rhonda
27 Bear Oak Ct.
Cecilia, KY 42724
```

```
Howard, Lauren
908 Lakeside Dr.
Elizabethtown, KY 42701

Jeffersontown Crane Services
6204 Chenoweth Rune Road
Louisville, KY 40299

Jesters, Jason & Jenifer
4016 Hidden Falls Drive
Prospect, KY 40059

Johnson Control
Dept Ch 10320
Palatine, IL 60055

Jones, Brad & Jocelyn
801 Glen Brook Road
Fisherville, KY 40023

June William
8419 Hurstbourne Wood Lot 132
Louisville, KY 40299

Kemerer, Mandy
9302 Deepa Drive
Prospect, KY 40059

Kentucky Farm Bureau
7003 Shelbyville Road
Simpsonville, KY 40067

Kentucky Office of Unemployment
500 Mero Street
Frankfort, KY 40601

Knopf, John & Corey
500 Briar Hill Road
Louisville, KY 40206

Kroger
737 Enterprise Drive
Lewis Center, OH 43035

Lesmister, Kathy
3311 Barbour Ln.
Louisville, KY 40241

Lowes / Synchrony
POB 530970
Atlanta, GA 30353

Lyczak, Jessica
3705 Wooded View Drive
Georgetown, IN 47122
```

```
Lynch, Ashley & Mike
65 Jacks Court
Fisherville, KY 40023

Master Supply Plumbing
POB 34337
Louisville, KY 40232

McClanahan, Tammy & Russel
2104 Highland Springs Pl.
Louisville, KY 40245

Miller, Abby
2505 Granger Road
Fairdale, KY 40118

Morrison, Ann
13105 Dogwood Forest Ct
Louisville, KY 40245

Most Wanted
200 Gilliand Road
Louisville, KY 40245

Mulfur, Tom & Elizabeth
1049 Majestic Oak Way
Simpsonville, KY 40067

Nava, Lorena
15129 Meadow Farms Ct
Louisville, KY 40245

Ortloff, Mark & Lacey
6119 Perrin Drive
La Grange, KY 40031

Osborne, Lauren
681 Tom Greer Road
Bardstown, KY 40004

Paul, Mandy
6913 Timber Ridge Court
Prospect, KY 40059

Percefull, Pam & Joe
4500 KY-22
Smithfield, KY 40068

Percefull, Pam & Joe
4520 E Hwy 22
Smithfield, KY 40068

Peters, Annette
1100 Yager Lane
La Grange, KY 40031
```

Pohlman, Heather
12102 Cypress Ridge
Louisville, KY 40299

Premier Energy Fuel Tanks
POB 304
Seymour, IN 47274

Pro Media Advertisement
4510 Charlestown Road
New Albany, IN 47150

Progressive
c/o Assured Partners 2540 Kent Ave
West Lafayette, IN 47906

Quickway
c/o Kerrick Bachert 1025 State Street
Bowling Green, KY 42101

Raney, Tami
1310 Basswood Ct.
Jeffersonville, IN 47130

Redden, Kristina & Branden
2096 Stringer Lane
Mount Washington, KY 40047

Renz, Gerryl
148 West Mandarin Ct.
Elizabethtown, KY 42701

Rice, Glen David
111 Landmark Drive
Bardstown, KY 40004

Riverlink
POB 70
Perry, NY 14530

Ryan, Hannah
1809 Augusta Blvd.
Henryville, IN 47126

Sanders, Ferran
465 Ravenwoods
Taylorsville, KY 40071

Sheana Weatherly
4901 Sycamore Ridge Lane
La Grange, KY 40031

Shelburne, Jason & Kelly
12303 Newport Trace Ct.
Louisville, KY 40299

Sither, Jill & Greg
4006 Oakland Forest Ct.
Louisville, KY 40245

Smith, Derek
6211 Starflower St.
Prospect, KY 40059

Superior Pool Products
109 Northpark Blvd 4th Floor
Covington, LA 70433

Thomas, Terri
127 Country Side Estates
Lebanon, KY 40033

Thompson Nash
602 Henry Clay Street
Shelbyville, KY 40065

Tinsley Excavating
3987 Frankfort Rd
Shelbyville, KY 40065

Tinsley, Todd & Kelly
356 Ravenswood
Taylorsville, KY 40071

Tops Magazine
2297 Lexington Road STE 101
Louisville, KY 40206

Watson, Matthew & Amanda
175 Oak Hill Court
Mount Washington, KY 40047

Wave3 Advertisement
1801 Halstead Blvd
Tallahassee, FL 32309

Wayne Brinley Masonary
377 Everette Court
Taylorsville, KY 40071

Wolff, Lindsey & David
475 Cherry Hills Pkwy
Mount Washington, KY 40047

Young, Shannon
1905 Carabiner Way
Louisville, KY 40245

Yuan Daniel Sanchez
Address Unknown